

CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JACK M. ZAKARIAIE (SBN: 168776)
jack@zzattorneys.com
SUSAN M. FREEDMAN (SBN: 153331
susan@zzattorneys.com
ZAKARIAIE & ZAKARIAIE
10100 Santa Monica Blvd., Suite 300
Los Angeles, CA 90067
Telephone: (310) 552-0066
Facsimile: (310) 552-4585
Attorneys for Defendants
Yasam, LLC and The Country Deli I, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>    Plaintiff,<br><br>v.<br><br>YASAM, LLC, a California Limited Liability Company;<br>THE COUNTRY DELI I, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:18-CV-02499-PSG-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** ; ORDER<br><br> |

1

Joint Stipulation for Dismissal            Case: 2:18-CV-02499-PSG-RAO

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 1, 2018       CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: August 1, 2018       ZAKARIAIE & ZAKARIAIE

By: /s/ Jack M. Zakariaie
    Jack M. Zakariaie
    Susan M. Freedman
    Attorneys for Defendants
    Yasam, LLC and The Country Deli I, Inc.

IT IS SO ORDERED.
DATED: 8/3/18
UNITED STATES DISTRICT JUDGE